# United States District Court
# For The Western District of North Carolina
# Charlotte Division

SEAN SOWARDS,

       Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                              3:09CV346

C.J. MCDUFFIE, et al

       Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 13, 2009 Order.

                                        Signed: August 13, 2009

                                        *Frank G. Johns*

                                        Frank G. Johns, Clerk
                                          United States District Court